SCOTT+SCOTT
ATTORNEYS AT LAW LLP
John T. Jasnoch (CA Bar No. 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
Email: jjasnoch@scott-scott.com

*Attorneys for Plaintiff Deborah K. Pepin*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN  RE:  VOLKSWAGEN  "CLEAN DIESEL"  MARKETING,  SALES PRACTICES,  AND  PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2672 CRB (JSC) |
| This document relates to: *Pepin v. Volkswagen Group of American Inc.*, 3:16-cv-00116 | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)** The Honorable Charles R. Breyer |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Deborah K. Pepin hereby gives notice that she voluntarily dismisses her claims in the above-listed action with prejudice, with each party bearing their own attorney's fees, costs and other expenses.

Dated: May 28, 2020                                    Respectfully Submitted,

                                                       SCOTT+SCOTT
                                                       ATTORNEYS AT LAW LLP

                                                       s/ John T. Jasnoch_____
                                                       John T. Jasnoch
                                                       600 W. Broadway, Suite 3300
                                                       San Diego, CA  92101
                                                       Tel.:  619-233-4565
                                                       Fax: 619-233-0508
                                                       Email: jjasnoch@scott-scott.com

                                                       Amanda F. Lawrence (admitted *pro hac vice*)
                                                       SCOTT+SCOTT
                                                       ATTORNEYS AT LAW LLP
                                                       156 South Main Street
                                                       P.O. Box 192
                                                       Colchester, CT 06415
                                                       Tel.: 860-537-5537
                                                       Fax: 860-537-4432
                                                       Email: alawrence@scott-scott.com

                                                       *Counsel for Plaintiff Deborah K. Pepin*

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(A)
MDL NO.: 2672 CRB (JSC)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  The Clerk of the Court will transmit a Notice of Electronic Filing to ECF registrants.

s/ John T. Jasnoch

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(A)
MDL NO.: 2672 CRB (JSC)